**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| | ) | |
| DEMOCRACY FORWARD FOUNDATION, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:25-cv-1535 (APM) |
| | ) | |
| U.S. DEPARTMENT OF JUSTICE et al., | ) | |
| | ) | |
| *Defendants.* | ) | |
| | ) | |

**[PLAINTIFF'S PROPOSED] ORDER**

Upon consideration of the May 18, 2026, Joint Status Report, it is hereby ORDERED that Defendant U.S. Department of State ("State") shall by June 15, 2026, process and produce to Plaintiff non-exempt portions of the 14 Signal records it has collected pursuant to Request F-2025-13426, Part 2.

[*IN THE ALTERNATIVE*]  Upon consideration of the May 18, 2026, Joint Status Report, it is hereby ORDERED that Defendant U.S. Department of State ("State") shall by June 1, 2026, file a Defendant's status report providing the following information:

1. Which executive branch agencies and components State has consulted with respect to the 14 Signal records State has collected pursuant to Request F-2025-13426, Part 2;

2. The date(s) on which these agencies and components were first consulted or sent the 14 Signal records for consultation; and

3. The date by which State proposes to process the 14 Signal records in the absence of a court-ordered deadline.

SO ORDERED.

1

2

Dated: _____    _____
                                                                        HON. AMIT P. MEHTA
                                                                        U.S. District Judge

2