**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DEMOCRACY FORWARD FOUNDATION, *Plaintiff,* v. U.S. DEPARTMENT OF JUSTICE et al., *Defendants.* | ) ) ) ) ) ) ) Civil Action No. 1:25-cv-1535 (APM) ) ) ) ) ) |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order entered May 19, 2026, Plaintiff, Democracy Forward Foundation ("DFF"), and Defendants, the U.S. Department of Justice ("DOJ"), the U.S. Department of Homeland Security ("DHS"), and the U.S. Department of State ("State"), respectfully submit this joint status report which updates the Court on the processing and production of responsive material.

1.      This case concerns six FOIA requests submitted on or about March 26, 2025. Plaintiff filed the Complaint on May 14, 2025, and Defendants filed their Answer on June 18, 2025. Broadly speaking, the FOIA requests at issue seek records related to the invocation of the Alien Enemies Act and the detention of individuals in El Salvador, as well as the text and Signal messages of certain high-ranking government officials. *See* Compl. ¶¶ 17, 27, 34, 38, ECF No. 1.

2.      DOJ reports as follows:

a.      FOIA-2025-03592: DOJ completed its responsiveness and de-duplication review and identified ninety-six pages containing records responsive to Parts 1

1

through 3 of Plaintiff's request. OIP completed its initial processing of these records. On May 7, 2026, OIP issued an interim response providing Plaintiff with 23 pages responsive to Part 1 of this request and informing Plaintiff that OIP referred to DHS for processing and direct response to Plaintiff thirty-five pages responsive to Part 3. On May 28, 2026, OIP issued an interim response concerning an additional 39 pages responsive to Parts 1 and 2. Accordingly, OIP's processing of this request is now complete.

b.      FOIA-2025-03594: DOJ has issued interim responses concerning two of the three officials identified in the request. Since the last joint status report, DOJ has completed the search for responsive records of Acting Attorney General Todd Blanche. DOJ anticipates providing a response by July 20, 2026.

3.      DHS reports as follows:

a.      2025-HQFO-03130: As previously reported, DHS issued the final response on July 17, 2025. Plaintiff sent an identical FOIA request separately to DOJ, which DOJ's OIP assigned tracking number FOIA-2025-03592. Compl. ¶¶ 17, 21, 25. OIP reports above that it has referred thirty-five pages to DHS for processing and direct response to Plaintiff. DHS has sent these pages out for consultation and will respond after that consultation is complete. Plaintiff asks that DHS request any consulted agencies or entities complete their review within 30 days.

b.      2025-HQFO-03131: DHS previously reported that it had completed its responsiveness review and identified 38 pages responsive to this request. DHS issued a response on May 22, 2026. DHS anticipates responding to Plaintiff's follow-up questions by July 2, 2026.

4.    State reports as follows:

a.    F-2025-13423: State has completed its active collection from bureaus and offices and its additional search of the Department's email system. State is continuing to conduct a responsiveness review of the records collected, as previously reported. State currently estimates approximately 5,600 pages of potentially responsive material have been identified thus far, although more pages will likely be identified as the responsiveness review is completed. State will continue to process records and release any responsive, non-exempt portions on a rolling basis, with the goal of processing at least 450 pages every six weeks. As anticipated in the previous joint state report, State issued an interim response on May 21, 2026. State anticipates completing its processing of the next 450 pages and issuing the next interim response on or about July 2.

b.    F-2025-13426: On November 21, 2025, State issued its response to Part 1 of the Plaintiff's request, F-2025-13426. Pursuant to the Court's May 19 Minute Order, State responded to Part 2 on June 22, 2026.

*        *        *

5.    The parties will continue to work in good faith to narrow or resolve any other disputes. At this point, it is premature to determine whether summary judgment briefing will be necessary.

6.    The parties respectfully propose to submit their next joint status report by July 23, 2026.

Dated: June 23, 2026

Respectfully submitted,

*Amy C. Vickery*

AMY C. VICKERY* (admitted pro hac vice)
DANIEL A. MCGRATH (D.C. Bar No. 1531723
ROBIN F. THURSTON (D.C. Bar No. 7268942)
Democracy Forward Foundation
PO Box 34553
Washington, DC 20043
(202) 448-9090
avickery@democracyforward.org
dmcgrath@democracyforward.org
rthurston@democracyforward.org

*Counsel for Plaintiff*

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Director
Federal Programs Branch

*/s/ Amber Richer*

AMBER RICHER (CA Bar No. 253918)
Assistant Director
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Ph: (202) 514-3489
Email: amber.richer@usdoj.gov

*Counsel for Defendants*

4