**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

DEMOCRACY FORWARD FOUNDATION,

*Plaintiff*,

v.

U.S. DEPARTMENT OF JUSTICE et al.,

*Defendants*.

Civil Action No. 1:25-cv-1535 (APM)

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Order entered July 24, 2026, Plaintiff, Democracy Forward Foundation ("DFF"), and Defendants, the U.S. Department of Justice ("DOJ"), the U.S. Department of Homeland Security ("DHS"), and the U.S. Department of State ("State"), respectfully submit this joint status report which updates the Court on the processing and production of responsive material.

1. This case concerns six FOIA requests submitted on or about March 26, 2025. Plaintiff filed the Complaint on May 14, 2025, and Defendants filed their Answer on June 18, 2025. Broadly speaking, the FOIA requests at issue seek records related to the invocation of the Alien Enemies Act and the detention of individuals in El Salvador, as well as the text and Signal messages of certain high-ranking government officials. *See* Compl. ¶¶ 17, 27, 34, 38, ECF No. 1.

2. DOJ reports as follows:

a. FOIA-2025-03592: As previously reported, OIP has completed processing of this request.

b. FOIA-2025-03594: As previously reported, OIP has completed processing of this request.

3. DHS reports as follows:

a. 2025-HQFO-03130: As previously stated, DHS requested consultation reviews be completed within 30 days. DHS still has not received a response on this consultation and has begun processing the records for release. DHS anticipates providing a release of these records on or about September 30, 2026.

b. 2025-HQFO-03131: DHS previously reported that it had completed its responsiveness review and identified 38 pages responsive to this request. DHS issued a response on May 22, 2026. The information DHS reported in the last JSR stands. For Part 1, DHS's search resulted in roughly 3,300 pages of potentially responsive records. DHS anticipates processing 250 pages per month and expects to make its first production by September 30. For Part 3, after additional review internally within DHS, DHS confirms that it does not have records sufficient to identify the (1) group names, (2) deletion timelines, and (3) channel participants. Plaintiff will send follow-up questions concerning this update to DHS promptly.

4. State reports as follows:

a. F-2025-13423: State has completed its active collection from bureaus and offices and its additional search of the Department's email system. State is continuing to conduct a responsiveness review of the records collected, as previously reported. State currently estimates approximately 12,500 pages of potentially responsive material have been identified thus far, although more pages may be identified as the responsiveness review is completed. State will continue to process records and release any

responsive, non-exempt portions on a rolling basis, with the goal of processing at least 450 pages every six weeks. As anticipated in the previous joint state report, State issued an interim response on August 13, 2026. State anticipates completing its processing of the next 450 pages and issuing the next interim response on or about September 24.

b. F-2025-13426: On November 21, 2025, State issued its response to Part 1 of the Plaintiff's request, F-2025-13426. Pursuant to the Court's May 19 Minute Order, State responded to Part 2 on June 22, 2026. On July 6, 2026, Plaintiff sent a letter to Defendants' Counsel raising concerns that State's response to F-2025-13426, Part 2, shows Secretary Rubio was a member of multiple Signal chats with autodelete enabled, and requesting prompt action and written responses to Plaintiff's questions by July 23, 2026, regarding the accuracy of State's declarations in this matter and the agency's processing of Plaintiff's request. The parties conferred but were unable to resolve their disagreement on this issue. On August 12, Plaintiff filed a motion seeking certain relief from the Court on this matter. State's response to that motion currently is due September 4, 2026, and Plaintiff's reply is due September 16.

* * *

5. The parties will continue to work in good faith to narrow or resolve any other disputes. At this point, it is premature to determine whether summary judgment briefing will be necessary.

6. The parties respectfully propose to submit their next joint status report by September 25, 2026.

Dated: August 25, 2026

Respectfully submitted,

_Amy C. Vickery___________________
AMY C. VICKERY* (admitted pro hac vice)
DANIEL A. MCGRATH (D.C. Bar No. 1531723
ROBIN F. THURSTON (D.C. Bar No. 7268942)
Democracy Forward Foundation
PO Box 34553
Washington, DC 20043
(202) 448-9090
avickery@democracyforward.org
dmcgrath@democracyforward.org
rthurston@democracyforward.org

**Not admitted to practice law in the District of Columbia (application pending); practicing under the supervision of Democracy Forward lawyers who are members of the DC Bar.*

*Counsel for Plaintiff*

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Director
Federal Programs Branch

/s/ Pamela I. Amaechi_____
PAMELA I. AMAECHI
D.C. Bar No. 1672958
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Ph: (202) 598-5093
Email: pamela.i.amaechi@usdoj.gov

*Counsel for Defendants*